Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
GUTNICKI LLP
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Telephone: (469) 895-4413
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

Max Schlan (*Pro Hac Vice* Pending)
Ren-Ann Wang (*Pro Hac Vice* Pending)
GUTNICKI LLP
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com
rwang@gutnicki.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TOMMY'S FORT WORTH, LLC, *et al.*,[1] | Case No. 24-90000-11 |
| Debtors. | (Joint Administration Requested) |

<u>**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**</u>

On May 20, 2024, the above-captioned debtors and debtors in possession (collectively,

the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United

States Code. The undersigned proposed counsel for the Debtors believe that these chapter 11

cases qualify as complex chapter 11 cases pursuant to this Court's *Procedures for Complex*

*Cases in the Northern District of Texas* for the following reasons:

   X         The total liability of the Debtors, along with the total liabilities of the Debtors' non-filing
            affiliates, exceeds $25 million;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

___X___      There are more than 100 parties-in-interest in this case;

_____     Any claims or interests in the Debtors are publicly traded.

_____     Other

        A copy of the proposed *Order Granting Complex Chapter 11 Bankruptcy Case*

*Treatment* is attached hereto as **Exhibit A.**


Dated:  May 21, 2024               **GUTNICKI LLP**
        Dallas, Texas

                                 */s/ Liz Boydston*_____
                                 Liz Boydston (SBN 24053684)
                                 Alexandria Rahn (SBN 24110246)
                                 10440 N. Central Expy., Suite 800
                                 Dallas, Texas 75231
                                 Telephone: (469) 895-4413
                                 Facsimile: (469) 895-4413
                                 lboydston@gutnicki.com
                                 arahn@gutnicki.com

                                 -and-

                                 Max Schlan (*Pro Hac Vice* Pending)
                                 Ren-Ann Wang (*Pro Hac Vice* Pending)
                                 GUTNICKI LLP
                                 45 Rockefeller Plaza, Suite 2000
                                 New York, New York 10111
                                 Telephone: (646) 825-2330
                                 Facsimile: (646) 825-2330
                                 mschlan@gutnicki.com
                                 rwang@gutnicki.com

                                 *Proposed Counsel to the Debtors and Debtors in*
                                 *Possession*

### CERTIFICATE OF SERVICE

I certify that on May 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Alexandria Rahn___*

## **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOMMY'S FORT WORTH, LLC, *et al.*,[1] | ) | Case No. 24-90000-11 |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

The above-captioned chapter 11 cases (collectively, the "**Cases**") were filed on May 20,

2024. A Notice of Designation as Complex Chapter 11 Case was filed on May 21, 2024. After

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

review of the initial pleadings filed in these Cases, the Court finds and concludes that these

Cases are complex chapter 11 cases. Accordingly, IT IS HEREBY ORDERED THAT:

1.      The Procedures for Complex Cases in the Northern District of Texas (the **Complex**

**Case Procedures**") and the Local Bankruptcy Rules of the United States Bankruptcy Court for

the Northern District of Texas (the "**Local Rules**") shall apply to and govern these chapter 11

cases. Compliance with the Complex Case Procedures is required for all hearings, notice, and

objection procedures. The Complex Case Procedures can be found on the Court's website at:

https://www.txnb.uscourts.gov/complex-case-procedures. If a conflict exists between the Local

Rules and the Complex Case Procedures, the Complex Case Procedures shall govern. The Debtors

(or their agent) shall give notice of this Order to all parties in interest within seven (7) days of entry

of the Order. If any party in interest objects to the provisions of this Order, that party may file an

appropriate motion articulating the objection and the relief requested within fourteen (14) days

after service of the Order. After hearing the objection and any responses, the Court may reconsider

any part of this Order and may grant relief, if appropriate.

### # # # End of Order # # #

Order submitted by:

**GUTNICKI LLP**

*/s/ Liz Boydston*
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 895-4413
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (*Pro Hac Vice* Pending)
Ren-Ann Wang (*Pro Hac Vice* Pending)
GUTNICKI LLP
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com
rwang@gutnicki.com

*Proposed Counsel to the Debtors and Debtors in Possession*