

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TOMMY'S FORT WORTH, LLC, *et al.*,[1] | § | Case No. 24-90000 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER DENYING DEBTORS' EMERGENCY
### MOTION TO ENFORCE AUTOMATIC STAY

      On June 3, 2024, the Debtors filed the *Debtors' Emergency Motion to Enforce Automatic Stay and Punitive Damages for Willful Violations of the Automatic Stay Against Malibu Boats, Inc. and Malibu Boats, LLC* [Docket No. 107] (the "**Stay Enforcement Motion**") to request certain relief against Malibu Boats, Inc. and Malibu Boats, LLC (collectively, "**Malibu**"). On June 6, 2024, Malibu filed *Malibu Boats, Inc.'s and Malibu Boats, LLC's Objection to Debtors' Emergency Motion to Enforce Automatic Stay and Punitive Damages for Willful Violations of the Automatic Stay* [Docket No. 126].

      On June 6, 2024, the Court conducted an emergency hearing on the Stay Enforcement Motion. At the conclusion of the hearing, the Court took the matter under advisement, setting a hearing for June 7, 2024, to render a ruling. Accordingly, on June 7, 2024, after having considered

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Gran Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

Page 1

the Stay Enforcement Motion, the Malibu objection, the evidence introduced, the representations and arguments of counsel, and the record in these proceedings, the Court orally issued its findings of fact, conclusions of law, and ruling (collectively, the "**Ruling**"). Based upon the Ruling, which is incorporated herein by reference, it is hereby:

**ORDERED** that the Stay Enforcement Motion is DENIED.

# # # END OF ORDER # # #