Toby L. Gerber (SBT 07813700)
Michael Berthiaume (SBT 24066039)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8274
Facsimile: (214) 855-8200
Email: toby.gerber@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

Jason L. Boland (SBT 24040542)
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email:
jason.boland@nortonrosefulbright.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TOMMY'S FORT WORTH, LLC,** *et al*,[1]<br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO. 24-90000<br><br>(JOINTLY ADMINISTERED) |

**NOTICE OF HEARING ON M&T BANK'S AGREED EMERGENCY
MOTION TO APPOINT CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the *Agreed Emergency Motion to Appoint Chapter 11 Trustee* (the "**Motion**") filed in the above-captioned bankruptcy case at Dkt. No. 158. The hearing on the Motion shall commence on Friday, **June 14, at 10:00 am (CT)** in Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 , before the Honorable Edward L. Morris, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

1

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be conducted live in the courtroom or may be conducted via WebEx videoconference. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207; Meeting ID: 2309 445 3213 . Video communication will be by use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Morris's home page and access the link at Link: https://us-courts.webex.com/meet/morris; Meeting Number: 2309-445-3213. Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Morris's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that written objections, if any, are due at the time of the hearing.

*[Remainder of page left intentionally blank]*

Dated: June 13, 2024.

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Toby Gerber*
Toby Gerber (SBT 7813700)
Michael Berthiaume (SBT 24066039)
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8274
Facsimile: (214) 855-8200
Email: toby.gerber@nortonrosefulbright.com
Email: michael.berthiaume@nortonrosefulbright.com

-and-

Jason L. Boland (SBT 24040542)
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com

***Counsel for M&T Bank***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by CM/ECF Notification on June 13, 2024 in accordance with Bankruptcy Rule 9036 and L.B.R. 9036-1.

*/s/ Toby Gerber*
Toby Gerber