J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
echou@forsheyprostok.com

Attorneys for WSA Holdings, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| TOMMY'S FORT WORTH, LLC, *et al.*[1] | ) | Case No.: 24-90000-11 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on *Emergency Motion to Enforce Lease of Non-Residential Real Property, to Require Assumption or Rejection of Such Lease, and Related Relief* filed by WSA Holdings, LLC [Docket No. 161] has been set for **June 27, 2024, at 1:30 p.m.** before the Honorable Edward Lee Morris, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 204, U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

**WebEx Video Instructions**

For WebEx Video Participation/Attendance:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

Link:  https://us-courts.webex.com/meet/morris

Meeting ID: 473 581 124

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

**WebEx Hearing Instructions may be obtained from Judge Morris' hearing/calendar site:**

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, use Judge Morris' "Electronic Appearance" link below.  **Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov)**.  Select the case name, complete the required fields and click "Submit" to complete your appearance.   The link may also be found on Judge Morris' home page.

Dated:  June 13, 2024.                     Respectfully submitted,

*/s/ J. Robert Forshey*
J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
Forshey & Prostok LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
bforshey@forsheyprostok.com
echou@forsheyprostok.com

***Attorneys for WSA Holdings, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice, and on the parties listed on the attached service list via United States Mail, first class postage prepaid, or via ECF electronic Notice, if available, on June 13, 2024.

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\WSA Holdings, LLC (Tommys FW) #6477 CrR\Pleadings-24-90000\NOH - June 27, 2024 at 130pm.docx