| | |
|---|---|
| Liz Boydston (SBN 24053684) | Max Schlan (Admitted *Pro Hac Vice*) |
| Alexandria Rahn (SBN 24110246) | Ren-Ann Wang (Admitted *Pro Hac Vice*) |
| GUTNICKI LLP | GUTNICKI LLP |
| 10440 N. Central Expressway, Suite 800 | 45 Rockefeller Plaza, Suite 2000 |
| Dallas, Texas 75231 | New York, New York 10111 |
| Telephone: (469) 935-6699 | Telephone: (646) 825-2330 |
| Facsimile: (469) 895-4413 | Facsimile: (646) 825-2330 |
| lboydston@gutnicki.com | mschlan@gutnicki.com |
| arahn@gutnicki.com | rwang@gutnicki.com |

*PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TOMMY'S FORT WORTH, LLC, *et al.*,[1] | ) | Case No. 24-90000 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' LIMITED OBJECTION TO
(I) M&T BANK'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
AND (II) M&T BANK'S PROPOSED ORDER REGARDING EMERGENCY MOTION
<u>TO APPOINT CHAPTER 11 TRUSTEE</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE**

Tommy's Forth Worth, LLC, *et al.*, as debtors and debtors-in-possession ("**Tommy's**" or "**Debtors**"), by and through undersigned counsel, files this limited objection (the "**Limited Objection**") to M&T Bank's Proposed Findings of Fact and Conclusions of Law (the "**M&T's**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

1

**Proposed Findings**") [Dkt. No. 168] in Support of Agreed Emergency Motion to Appoint Chapter 11 Trustee (the "**Agreed Motion**") and the proposed order (the "**Proposed Order**") submitted on the Agreed Emergency Motion to Appoint Chapter 11 Trustee, and would respectfully show the Court the following in support thereof:

1. The Debtors have consented to the appointment of a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(a)(2), as being in the best interests of the Debtors' creditors and the Debtors' estates. There is no dispute that the Debtors, without the use of Cash Collateral, cannot pay their payroll, cannot pay other debts, and cannot operate their business, making the appointment of a Chapter 11 Trustee in the best interests of the creditors and the estates.

2. Given the Debtors' and the U.S. Trustee's consents and agreements, no further evidence is necessary to grant the relief that the Debtors have consented to with M&T Bank ("**M&T**")— the appointment of a Chapter 11 Trustee.

3. Despite M&T's assurances that if the Debtors consented to the appointment of a Chapter 11 Trustee, such "agreed" motions and orders would be limited, M&T filed the "Agreed" Motion, which over Debtors' objections, contain numerous unsubstantiated allegations, exaggerations, and conveniently lacks distinction between pre- and post-petition acts.

4. Given the consents by the Debtors and the U.S. Trustee, M&T's inclusion of unsubstantiated allegations in the so-called "Agreed" documents further stipulating to additional facts is unwarranted and beyond what has been agreed to by the parties. Contrary to the assurances provided, the Agreed Motion and Proposed Order presented by M&T contain unnecessary and unsubstantiated allegations. Moreover, the Proposed Findings provide the signature of Gutnicki's attorney, Liz Boydston, on behalf of the Debtors. This is in error and borders on a blatant

2

misrepresentation to the Court. Ms. Boydston never consented or agreed to the Proposed Findings, let alone to approve her signature be included on any such filing.

5. The Debtors are not stipulating, waiving, or binding themselves, the Chapter 11 Trustee, or any other party to any facts, allegations, or statements, especially that would insulate M&T from any objections by any party to their claims against the Debtors. In short, Debtors do not object to the appointment of a Chapter 11 Trustee, but the Debtors do object to M&T's Proposed Findings because they are unnecessary.

6. The Debtors also object that any party in interest be bound to these facts alleged by M&T. Most importantly, any interested party should be afforded the full ability and right, just as the Debtors would, to investigate and object to the amount of M&T's liens and claims and not be bound to the facts alleged by M&T in the Proposed Findings.

7. Additionally, M&T asked the Debtors and their professionals for a "Transition Budget" (the "**Budget**"), setting forth the estimated budget for the continuation of and provision of services that M&T has requested that the Debtors, their employees, Gutnicki LLP, and Force10 Partners continue to provide to M&T *for the benefit of M&T and the to-be-appointed Chapter 11 Trustee*. Yet that Budget has not been discussed, negotiated, uploaded, or approved. A copy of the Budget is attached hereto as **Exhibit A**.

8. M&T has made assurances that if the Debtors consent to the appointment of a Chapter 11 Trustee, it would provide for the payment of the Debtors' employees through the transition period. Yet yesterday, M&T stated that, "Please be aware that no future payrolls have been authorized."

9. Similarly, M&T requested specifically that Gutnicki and Force Ten to continue to provide services during the transition period. This includes requesting that Force Ten prepare the

3

Schedules and Statements of Financial Affairs. Much like future payrolls, M&T has made no assurances to the payment of professional fees for services during the transition period.

10.　　Although M&T has made these specific requests and the Debtors have consented to such, M&T now wants an order entered that does not provide for any assurances to the employees or to the transition teams that will ensure that the Chapter 11 Trustee will assist in the smooth and efficient transition of the business. Again, while the Debtors do not object to the appointment of a Chapter 11 Trustee, no appointment should occur without M&T first agreeing to a reasonable budget during the transition period.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Debtors respectfully request that this Court deny entering M&T's Proposed Findings and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

Dated: June 14, 2024  
Dallas, Texas

**GUTNICKI LLP**

<u>/s/ Alexandria Rahn</u>
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (admitted *Pro Hac Vice*)
Ren-Ann Wang (admitted *Pro Hac Vice*)
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com
rwang@gutnicki.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by CM/ECF Notification on June 14, 2024 in accordance with Bankruptcy Rule 9036 and L.B.R. 9036-1.

<u>/s/ Liz Boydston</u>
Liz Boydston

# Exhibit A

## Budget

**Tommy's Boats**
*7-Week Cash Forecast*
*Base Revenue Scenario With Las Vegas Closed*

Not updated for actuals;
Wk3 beg cash confirmed

| | Week 1 05/28/24 | Week 2 05/31/24 | Week 3 06/07/24 | Week 4 06/14/24 | Week 5 06/21/24 | Week 6 06/28/24 | Week 7 07/05/24 | Total Wks 4 - 7 |
|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | |
| Boat Sales | 784,350 | 737,154 | 677,401 | 533,062 | 442,907 | 484,944 | 335,671 | 1,796,584 |
| Proshop | 52,530 | 25,000 | 75,000 | 0 | 0 | 0 | 0 | 0 |
| Service | 86,256 | 100,000 | 200,000 | 0 | 0 | 0 | 0 | 0 |
| Waterfront | 4,784 | 10,000 | 40,000 | 0 | 0 | 0 | 0 | 0 |
| Estimated Sales Tax (5%) | 39,218 | 36,858 | 33,870 | 26,653 | 22,145 | 24,247 | 16,784 | 89,829 |
| Dealership Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Receipts** | 967,138 | 909,012 | 1,026,271 | 559,715 | 465,052 | 509,191 | 352,455 | 1,886,413 |
| | | | | | | | | |
| **Operating Disbursements** | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | |
| Boat Sales (payment to M&T) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proshop | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | 75,000 | 20,000 | 40,000 | 0 | 0 | 0 | 0 | 0 |
| Fuel | 45,000 | 17,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales Tax | 0 | 0 | 0 | 136,598 | 22,145 | 24,247 | 16,784 | 199,774 |
| Registration | 0 | 4,200 | 7,700 | 1,650 | 1,650 | 1,650 | 1,500 | 6,450 |
| **Total Cost of Goods Sold Disbursements** | 120,000 | 41,200 | 47,700 | 138,248 | 23,795 | 25,897 | 18,284 | 206,224 |
| | | | | | | | | |
| **Personnel Related Disbursements** | | | | | | | | |
| Wages, Taxes, 401k | 0 | 756,141 | 36,579 | 611,915 | 0 | 666,224 | 0 | 1,278,139 |
| In Season Additional Waterfront Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Healthcare Benefits | 0 | 0 | 126,650 | 0 | 0 | 126,650 | 0 | 126,650 |
| Key Employee Retention Plan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Personnel Disbursements** | 0 | 756,141 | 163,229 | 611,915 | 0 | 792,874 | 0 | 1,404,789 |
| | | | | | | | | |
| **Operating Disbursements** | | | | | | | | |
| Rent | 0 | 0 | 385,000 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 148,985 | 0 | 0 | 148,980 | 0 | 0 | 148,980 | 297,959 |
| Utilities | 0 | 0 | 40,700 | 23,001 | 18,487 | 33,154 | 33,154 | 107,795 |
| Credit Card Processing Fees | 682 | 0 | 0 | 0 | 0 | 0 | 10,241 | 10,241 |
| Advertising / Promotion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Software / Hosting / IT | 0 | 0 | 0 | 15,729 | 0 | 15,729 | 0 | 31,459 |
| Auto Expense / Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Tax, Income Tax, License fees | 0 | 1,025 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales Tax & Registration - Past Due | 0 | 0 | 219,586 | 0 | 0 | 0 | 0 | 0 |
| **Total Operating Disbursements** | 149,667 | 1,025 | 645,286 | 187,710 | 18,487 | 48,883 | 192,374 | 447,454 |
| | | | | | | | | |
| **Net Operating Cash Flow** | 697,471 | 110,646 | 170,056 | -378,158 | 422,770 | -358,463 | 141,797 | -172,054 |

**Tommy's Boats**
*7-Week Cash Forecast*
*Base Revenue Scenario With Las Vegas Closed*

Not updated for actuals;
Wk3 beg cash confirmed

| | Week 1 05/28/24 | Week 2 05/31/24 | Week 3 06/07/24 | Week 4 06/14/24 | Week 5 06/21/24 | Week 6 06/28/24 | Week 7 07/05/24 | Total Wks 4 - 7 |
|---|---|---|---|---|---|---|---|---|
| **Restructuring** | | | | | | | | |
| Gutnicki LLP | | | 0 | 0 | 421,439 | 0 | 0 | 421,439 |
| Force 10 Partners | | | 0 | 0 | 230,000 | 0 | 0 | 230,000 |
| Norton Rose Fulbright US LLP (M&T Bank Counsel) | | | 0 | 0 | 0 | 0 | 0 | 0 |
| FTI (M&T FA) | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Hilco (Investment Banker) | | | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Counsel | | | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Financial Advisor | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax Advisors | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Ordinary Course Professionals | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Omni Agent Solutions (Noticing Agent) | | | 0 | 0 | 50,000 | 0 | 0 | 50,000 |
| U.S. Trustee Fee | | | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Restructuring** | 0 | 0 | 0 | 0 | 701,439 | 0 | 0 | 701,439 |
| | | | | | | | | |
| Cash Flow Before Financing | 697,471 | 110,646 | 170,056 | -378,158 | -278,669 | -358,463 | 141,797 | -873,493 |
| | | | | | | | | |
| **Financing Payments** | | | | | | | | |
| M&T Bank 100% Revenue | | | 1,120,314 | 992,401 | 533,062 | 442,907 | 484,944 | 2,453,314 |
| M&T Bank Principal | | | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Financing Payments** | 0 | 0 | 1,120,314 | 992,401 | 533,062 | 442,907 | 484,944 | 2,453,314 |
| | | | | | | | | |
| Net Cash Flow | 697,471 | 110,646 | -950,258 | -1,370,559 | -811,730 | -801,370 | -343,147 | -3,326,807 |
| | | | | | | | | |
| Beginning Cash | | | 5,226,154 | 4,275,896 | 2,905,337 | 2,093,607 | 1,292,237 | 4,275,896 |
| Ending Cash | | | 4,275,896 | 2,905,337 | 2,093,607 | 1,292,237 | 949,090 | 949,090 |
| | | | | | | | | |
| DIP Financing Draws | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Ending Cash (After DIP Funding) | | | 4,275,896 | 2,905,337 | 2,093,607 | 1,292,237 | 949,090 | 0 |
| | | | | | | | | |
| M&T Floor Plan Balance - Beginning | 100,687,454 | 100,687,454 | 100,687,454 | 99,567,140 | 98,574,739 | 98,041,677 | 97,598,770 | 99,567,140 |
| Payments from Tommy's | 0 | 0 | 1,120,314 | 992,401 | 533,062 | 442,907 | 484,944 | 2,453,314 |
| Debt purchased or assumed by buyer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| M&T Floor Plan Balance - Ending | 100,687,454 | 100,687,454 | 99,567,140 | 98,574,739 | 98,041,677 | 97,598,770 | 97,113,826 | 97,113,826 |

| | Week 4 06/14/24 | Week 5 06/21/24 | Week 6 06/28/24 | Week 7 07/05/24 | Total Wks 4 - 7 |
|---|---|---|---|---|---|
| Beginning Cash | 4,275,896 | 2,905,337 | 2,093,607 | 1,292,237 | 4,275,896 |
| Cash Receipts | 533,062 | 442,907 | 484,944 | 335,671 | 1,796,584 |
| Operating Spend | -911,220 | -20,137 | -843,407 | -193,874 | -1,968,638 |
| Professional Fees | 0 | -701,439 | 0 | 0 | -701,439 |
| M&T pymts | -992,401 | -533,062 | -442,907 | -484,944 | -2,453,314 |
| Ending Cash | 2,905,337 | 2,093,607 | 1,292,237 | 949,090 | 949,090 |
| | 4,275,896 | | | | |