# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| In re: TOMMY'S FORT WORTH, LLC, *et al.*,[1] | ) | Chapter 11 |
| Debtors. | ) | Case No. 24-90000 |
|  | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION REGARDING SOURCE OF FUNDING

Casey R. Young, the Manager of Artemis Capital, LLC, ("Artemis Capital") a Michigan limited liability company, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I file this Declaration due to recent inquiries by Mr. Toby L. Gerber concerning the source of funding of fee retainers for Debtors in this matter.

2. On May 20, 2024, Artemis Capital wired $250,000 to Gutnicki, LLP for a fee retainer and $300,000 to Force 10 Partners for a fee retainer. Those funds were the proceeds of a business loan provided by Artemis Capital. Borrower requested the loan proceeds be directed to Gutnicki, LLP and Force 10 Partners.

3. The business loan is an arms-length transaction with a Borrower that is not a Debtor named in this matter.

4. Artemis Capital and its investors are NOT an "affiliate" (as defined in Section 101(2) of the Bankruptcy Code) of any of the Debtors named in this matter.

5. Artemis Capital and its investors are NOT an "insider" (as defined in Section 101(31) of the Bankruptcy Code) of any of the Debtors named in this matter.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the forgoing is true and correct.

Dated June 13, 2024

*Casey Young*
A374B9659CB54B8...

Casey R. Young, as Manager for Artemis Capital, LLC