**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| TOMMY'S FORT WORTH, LLC., *et al.*,[1] | § Case No. 24-90000 (ELM) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors (collectively, the "Debtors") hereby file their Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"). The Schedules and Statements were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1 of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas* by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

While the Debtors made diligent and reasonable efforts to provide accurate and complete information in the Schedules and Statements, the Debtors' books and records are somewhat disorganized, leading to the substantial likelihood that inadvertent errors or omissions may exist.

These Global Notes are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Disclosure of information in one or more Schedules or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1.  ***"As Of" Information Date***.  On May 20, 2024 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and subsequently filed amended petitions on May 22, 2024.  On June 14, 2024, the Court entered its *Order Granting Agreed Emergency Motion to Appoint Chapter 11 Trustee* [Docket No. 173].

    To the best of the Debtors' knowledge, the information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.  Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material.

2.  ***Reservations and Limitations***.  Diligent and reasonable efforts have been made by the Debtors to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (a) amend and/or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, amending the Schedules and Statements with respect to the description or designation of any claim (each, a "Claim"); or (b) subsequently designate any Claim as "disputed," "contingent," or "unliquidated."

    Notwithstanding the Debtors' diligent and reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of any rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors' bankruptcy estates against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

    Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

3.  ***Claims Description***.  Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."

    A claim that is dependent on the realization of some uncertain future event is a "**contingent**" claim.

A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtor using currently available information is scheduled as "**unliquidated**."

A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "**disputed**."

Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification. Additionally, the Debtors expressly reserve all rights to designate such Claims as "disputed," "contingent," or "unliquidated" at a later date. Moreover, listing a Claim does not constitute an admission of liability by the Debtors. The Debtors reserve all rights to amend the Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

4.    ***Basis of Presentation***. Information contained in the Schedules and Statements has been derived from the information provided by the Debtors' management based on the Debtors' books and records. The Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that are substantially different from financial information that would otherwise be prepared under GAAP. To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

5.    ***Causes of Action***. Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) by or against third parties as assets in their Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed,

3

secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action by the Debtors.

6.    ***Book Value***.  Except as otherwise indicated, the Debtors, have made a good faith effort to list assets and liabilities based on book values as of the latest close of books and records or, where possible, through the Petition Date.  The book values of certain assets may materially differ from their fair market values.  Certain assets that have been fully depreciated or that were expensed for accounting purposes either may not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset.

7.    ***Classifications.***  Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," or (c) a claim on Schedule E/F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims, contracts, or leases or to setoff such Claims.

8.    ***Excluded Assets and Liabilities***.  The Debtors may have excluded immaterial or *de minimis* assets and liabilities.

9.    ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise expired by terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.    ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

11.    ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

12.    ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, many such

4863-9739-4382

contracts and leases may have been in the name of a non-debtor affiliate MKB Holdings, LLC d/b/a Simplified Investments. The Debtors have done their best to include any and all such leases and contracts used as part of the Debtors' operations. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of any contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to any contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

13. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise Undetermined Amounts, the actual total may be different from the listed total.

14. **Unliquidated Claim Amounts.** Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

15. **Undetermined Amounts**. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

16. **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

17. **Setoffs.** The Debtors may have incurred setoffs and net payments in the ordinary course of business. Such setoffs and nettings may have occurred due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or vendors. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.

18. **Reservation of Rights by the Chapter 11 Trustee.** On June 17, 2024, the United States Trustee for the Northern District of Texas (the "U.S. Trustee") filed its *Chapter 11 Notice of Appointment of Trustee and Amount of Bond* [Docket No. 174], appointing Mark E. Andrews as the chapter 11 trustee (the "Chapter 11 Trustee") in these chapter 11 cases. On

June 18, 2024 (the "Appointment Date"), the Court entered an order approving such appointment.

On and after the Appointment Date, the Chapter 11 Trustee coordinated with certain employees of the Debtors to ensure the expeditious filing of these Schedules and Statements consistent with the Debtors' statutory duties. The Chapter 11 Trustee does not adopt or endorse these Schedules and Statements, and nothing in these Schedules and Statements shall be construed as a representation or admission made by the Chapter 11 Trustee. The Chapter 11 Trustee reserves all rights to conduct his own independent review and analysis of any relevant data and information regarding the Debtors' financial affairs as of the Petition Date and through the Appointment Date. Pending such an independent review and analysis, nothing in these Schedules and Statements shall be considered in any way binding on the Chapter 11 Trustee.

### Specific Disclosures with Respect to the Debtors' Schedules

1.   ***Schedule D:*** The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The Debtors have listed a number of customers who have sold their boats to the Debtors as part of a trade-in with the agreement that the Debtors would pay off any liens asserted against the customer's trade-in. In some instances, the Debtors still possess the trade-in boat. In some instances, the Debtors have sold the trade-in boat but have failed to tender the sale proceeds to the appropriate lenders to pay off the liens on the trade-in boats. The Debtors list all such lenders in Schedule D, but make no representations regarding the perfection or relative priority of any such liens.

2.   ***Schedule G.*** As noted above, some of the contracts and leases listed in Schedule G may be in the name of a non-debtor affiliate MKB Holdings, LLC d/b/a Simplified Investments. The Debtors list them here as such leases or contracts may have been used in the Debtors' business and/or the Debtors have historically been responsible for making payments under such agreements and leases.

### Specific Disclosures with Respect to the Debtors' Statements

1.   ***Statements 4 & 30.*** Business Payments by the Debtors to or on behalf of their respective insiders for expense reimbursements, including credit card vendor payments, travel, meals and entertainment, are included in the amounts listed in Statement 4.

Due to the nature of the Debtors' business operations, and the sheer number of transfers between and among the Debtors on a daily basis, Statement 4 does not include intercompany transfers between or among Debtors.

4863-9739-4382

2.      ***Statement 5***.  Debtor has listed all known repossessions, however during the normal course of business may have processed returns for credit, or may have experienced repossession of other, lower value items throughout the last year.

3.      ***Statement 6***.  Debtors have noted no known setoffs during the 90 days leading up to filing this case, however throughout the normal course of business, creditors may have applied a payable due to the Debtor with a receivable due from the Debtor. Reasonable efforts were made to report all known transactions of this nature, however, inadvertent omissions are possible due to difficulty in identifying these occurrences.

4.      ***Statement 7:***  Information is listed, to the best of the Debtors' knowledge and information, regarding current, threatened, or pending litigation involving a Debtor.  The Debtors pursue collections against customers in the ordinary course of the Debtors' business.  Such collection matters have not been included in these Statements.

5.      ***Statement 13:***  The Debtors frequently transfer inventory between dealerships as customers place orders.  Although the Debtors historically retitle the inventory with the selling dealership before consummating any sales, their accounting records of such transfers have not always tracked with the transfers of title.  As such, the information provided in Question 13 of the Statements may not accurately reflect the intra-dealership transfers of inventory.

6.      ***Statement 17.***  The Debtors' 401k plan is administered by non-debtor MKB Holdings, LLC d/b/a Simplified Investments.

7.      ***Statement 26c:***  The Debtors maintain their accounting records through a shared accounting platform that is in the name of the Debtors' non-debtor affiliate MKB Holdings, LLC d/b/a Simplified Investments.  Both the Debtors and Simplified Investments retain access to such files and information.

4863-9739-4382

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: <strong>Tommy's Fort Worth, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>Northern</strong> District of <strong>Texas</strong></td></tr>
<tr><td colspan="2">Case number (If known): <strong>24-90000</strong></td></tr>
</table>

☐ **Check if this is an amended filing**

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1. Gross revenue from business**

☐ **None**

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2024<br>MM / DD /YYYY | to | 05/19/2024<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other ____ | $3,076,000.00 |
| **For prior year:** | From | 01/01/2023<br>MM / DD /YYYY | to | 12/31/2023<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other | $10,406,000.00 |
| **For the year before that:** | From | 01/01/2022<br>MM / DD /YYYY | to | 12/31/2022<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other | $10,042,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ **None**

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ **None**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

   ☐ **None**

   | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. See attached Exhibit SOFA4 | | $ | |
   | Insider's name | | | |
   | Street | | | |
   | City         State        ZIP Code | | | |
   | **Relationship to debtor** | | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

   ☑ **None**

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

   ☑ **None**

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case

   ☐ **None**

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1 Tommy's Castaic, LLC et al v. Malibu Boats, Inc et al | Complaint against Defendants Malibu Boats, Inc. and Malibu Boats, LLC | US District Court for the Eastern District of Tennessee | ☑ Pending |
   | **Case number** | | Name | ☐ On appeal |
   | 3:2024cv00166 | | | ☐ Concluded |
   | | | Street | |
   | | | City         State        ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☐ **None**

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| 8.1 | Thomas Beane, Beane Associates Inc. | Inventory, equipment and contract rights | Unknown |
| | Custodian's name | **Case title** | **Court name and address** |
| | 22 The Commons, 3518 Silverside Rd | M&T Bank vs. Tommy's Holding Company, LLC, et al., jointly and severally | State of Michigan, Circuit Court for the County of Kent |
| | Street | | Name |
| | Wilmington　　DE　　19810-4907 | **Case number** | |
| | City　　State　　ZIP Code | 24−03177−CBB | Street |
| | | **Date of order or assignment** | |
| | | 4/1/2024 | City　　State　　ZIP Code |

---

## Part 4:　Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ **None**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:　Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ **None**

---

## Part 6:　Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ **None**

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ **None**

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

---

## Part 7:　Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ **None**

---

## Part 8:　Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

--- diagnosing or treating injury, deformity, or disease, or

--- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ **None**

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No. Go to Part 9

☑ Yes. State the nature of the information collected and retained. <u>Customer name, address, phone number, email address</u>

   **Does the debtor have a privacy policy about that information?**

   ☐ No

   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Simplified Investments 401(k) Plan | EIN: 27-3869746 |

Has the plan been terminated?

☑ No.

☐ Yes.

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ **None**

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ **None**

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ **None**

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

☑ **None**

## Part 12:    Details About Environmental Information

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.

☐ Yes. Provide details below

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No.
☐ Yes. Provide details below

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No.
☐ Yes. Provide details below

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
☑ None

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ **None**

26a.1.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Nicholas Rehkopf | | | From 08/07/2017 | To 01/05/2024 |
| Name | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | |
| Street | | | | |
| Grand Rapids | MI | 49503 | | |
| City | State | ZIP Code | | |

26a.2.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Shane Rodgers | | | From 03/15/2021 | To 04/01/2022 |
| Name | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | |
| Street | | | | |
| Grand Rapids | MI | 49503 | | |
| City | State | ZIP Code | | |

26a.3.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Teresa Esshaki | | | From 09/26/2022 | To 12/22/2022 |
| Name | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | |
| Street | | | | |
| Grand Rapids | MI | 49503 | | |
| City | State | ZIP Code | | |

26a.4.

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| Scott Kreller | | | From 03/13/2023 | To 04/18/2023 |
| Name | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | |
| Street | | | | |
| Grand Rapids | MI | 49503 | | |
| City | State | ZIP Code | | |

**26a.5.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Robert Houghton | | | From 09/18/2023 | | To 02/16/2024 |
| Name | | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | | |
| Street | | | | | |
| Grand Rapids | MI | 49503 | | | |
| City | State | ZIP Code | | | |

**26a.6.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Ed Wells | | | From 05/19/2014 | | To |
| Name | | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | | |
| Street | | | | | |
| Grand Rapids | MI | 49503 | | | |
| City | State | ZIP Code | | | |

**26a.7.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Denielle Hoffman | | | From 07/24/2023 | | To |
| Name | | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | | |
| Street | | | | | |
| Grand Rapids | MI | 49503 | | | |
| City | State | ZIP Code | | | |

**26a.8.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Wesley Duncan | | | From 09/06/2023 | | To |
| Name | | | | | |
| 120 Ottawa Ave NW Suite 400 & 500 | | | | | |
| Street | | | | | |
| Grand Rapids | MI | 49503 | | | |
| City | State | ZIP Code | | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ **None**

**26b.1.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Delta Management Resources | | | From 01/01/2023 | | To 04/20/2024 |
| Name | | | | | |
| 211 W Exchange St | | | | | |
| Street | | | | | |
| Spring Lake | MI | 49456 | | | |
| City | State | ZIP Code | | | |

**26b.2.**

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Plante & Moran, PLLC | | | From 01/01/2019 | | To 02/28/2024 |
| Name | | | | | |
| 16060 Collections Center Dr. | | | | | |
| Street | | | | | |
| Chicago | IL | 60693 | | | |
| City | State | ZIP Code | | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ **None**

| 26c.1. | | |
|---|---|---|
| **Name and address** | | **If any books of account and records are unavailable, explain why** |
| MKB Holdings, LLC | | |
| Name | | |
| 120 Ottawa Ave NW | | |
| Street | | |
| Grand Rapids | MI | 49503 |
| City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

| 26d.1. | | |
|---|---|---|
| **Name and address** | | |
| M&T BANK | | |
| Name | | |
| 345 MAIN ST | | |
| Street | | |
| BUFFALO | NY | 14203 |
| City | State | ZIP Code |

| 26d.2. | | |
|---|---|---|
| **Name and address** | | |
| TEAM FINANCIAL GROUP, INC | | |
| Name | | |
| 650 THREE MILE RD NW, STE 200 | | |
| Street | | |
| GRAND RAPIDS | MI | 49503 |
| City | State | ZIP Code |

| 26d.3. | | |
|---|---|---|
| **Name and address** | | |
| TRITON PROPERTIES | | |
| Name | | |
| 700 E BELLEVIEW AVE STE 300 | | |
| Street | | |
| GREENWOOD VILLAGE | CO | 80111 |
| City | State | ZIP Code |

| 26d.4. | | |
|---|---|---|
| **Name and address** | | |
| MERCANTILE BANK | | |
| Name | | |
| 310 LEONARD ST NW | | |
| Street | | |
| GRAND RAPIDS | MI | 49504 |
| City | State | ZIP Code |

**26d.5.**

| Name and address | | |
|---|---|---|
| PNC EQUIPMENT FINANCE | | |
| Name | | |
| 655 Business Center Dr | | |
| Street | | |
| Horsham | PA | 19044-3409 |
| City | State | ZIP Code |

**26d.6.**

| Name and address | | |
|---|---|---|
| FIRST NATIONAL BANK OF MICHIGAN | | |
| Name | | |
| 141 Ionia Ave NW | | |
| Street | | |
| Grand Rapids | MI | 49503 |
| City | State | ZIP Code |

**26d.7.**

| Name and address | | |
|---|---|---|
| BANK OF HOPE | | |
| Name | | |
| 3200 Wilshire Blvd., Suite 1400 | | |
| Street | | |
| Los Angeles | CA | 90010 |
| City | State | ZIP Code |

**26d.8.**

| Name and address | | |
|---|---|---|
| STORE MASTER FUNDING XVIII LLC, | | |
| Name | | |
| 11501 OUTLOOK ST STE 300 | | |
| Street | | |
| OVERLAND PARK | KS | 66211 |
| City | State | ZIP Code |

**26d.9.**

| Name and address | | |
|---|---|---|
| Enterprise FM Trust | | |
| Name | | |
| PO Box 16805 | | |
| Street | | |
| St Louis | MO | 63105 |
| City | State | ZIP Code |

**26d.10.**

| Name and address | | |
|---|---|---|
| Bank of America | | |
| Name | | |
| PO Box 15220 | | |
| Street | | |
| Wilmington | DE | 19801 |
| City | State | ZIP Code |

**26d.11.**

| **Name and address** | | |
|---|---|---|
| US Bank Equipment Finance | | |
| Name | | |
| 1310 Madrid St | | |
| Street | | |
| Marshall | MN | 56258 |
| City | State | ZIP Code |

**26d.12.**

| **Name and address** | | |
|---|---|---|
| First Insurance Finance | | |
| Name | | |
| 450 Skokie Blvd | | |
| Street | | |
| Northbrook | IL | 60062-7917 |
| City | State | ZIP Code |

**26d.13.**

| **Name and address** | | |
|---|---|---|
| Johnson Controls Capital LLC | | |
| Name | | |
| 5757 N Green Bay Ave | | |
| Street | | |
| Milwaukee | WI | 53209 |
| City | State | ZIP Code |

**26d.14.**

| **Name and address** | | |
|---|---|---|
| GM FINANCIAL | | |
| Name | | |
| 801 Cherry Street, Ste. 3500 | | |
| Street | | |
| FORTH WORTH | TX | 76102 |
| City | State | ZIP Code |

**26d.15.**

| **Name and address** | | |
|---|---|---|
| FIFTH THIRD BANK | | |
| Name | | |
| 38 Fountain Square Plaza | | |
| Street | | |
| Cincinnati | OH | 45263 |
| City | State | ZIP Code |

**26d.16.**

| **Name and address** | | |
|---|---|---|
| WELLS FARGO | | |
| Name | | |
| 420 Montgomery Street | | |
| Street | | |
| San Francisco | CA | 94163 |
| City | State | ZIP Code |

26d.17.

| **Name and address** | | |
|---|---|---|
| KUBOTA CREDIT CORPORATION | | |
| Name | | |
| 1000 Kubota Dr | | |
| Street | | |
| Grapevine | TX | 76051 |
| City | State | ZIP Code |

26d.18.

| **Name and address** | | |
|---|---|---|
| JOHN DEERE FINANCIAL | | |
| Name | | |
| 1000 Kubota Dr | | |
| Street | | |
| Grapevine | TX | 76051 |
| City | State | ZIP Code |

26d.19.

| **Name and address** | | |
|---|---|---|
| HUNTINGTON NATIONAL BANK | | |
| Name | | |
| 41 South High Street | | |
| Street | | |
| Columbus | OH | 43287 |
| City | State | ZIP Code |

26d.20.

| **Name and address** | | |
|---|---|---|
| TOYOTA MOTOR CREDIT | | |
| Name | | |
| 6565 Headquarters Drive | | |
| Street | | |
| Plano | TX | 75024 |
| City | State | ZIP Code |

26d.21.

| **Name and address** | | |
|---|---|---|
| LAKE MICHIGAN CREDIT UNION | | |
| Name | | |
| 5540 Glenwood Hills Pkwy SE | | |
| Street | | |
| Grand Rapids | MI | 49512 |
| City | State | ZIP Code |

26d.22.

| **Name and address** | | |
|---|---|---|
| ALLY FINANCIAL | | |
| Name | | |
| 500 Woodward Avenue | | |
| Street | | |
| Detroit | MI | 48226 |
| City | State | ZIP Code |

| 26d.23. | **Name and address** | | |
| --- | --- | --- | --- |
| | HYLANT | | |
| | Name | | |
| | 85 Campau Ave NW Ste 100 | | |
| | Street | | |
| | Grand Rapids | MI | 49503 |
| | City | State | ZIP Code |

| 26d.24. | **Name and address** | | |
| --- | --- | --- | --- |
| | RA BELTER INSURANCE AGENCY | | |
| | Name | | |
| | 1371 Cortina Dr Suite 150 | | |
| | Street | | |
| | Orland | CA | 95963 |
| | City | State | ZIP Code |

27. **Inventories**

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| M&T Bank auditor, Dealership GM | M&T Monthly cycle counts, Nov-23 spare parts count | $Unknown |

| 27.1 | | Basis of dollar amount |
| --- | --- | --- |
| **Name and address of the person who has possession of inventory records** | | |
| Creditor's name | | |
| Street | | |
| City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Matthew Allen Borisch | 120 Ottawa Ave NW, Suite 400 & 500, Grand Rapids, MI 49503 | President | |
| Tommy's Holding Company, LLC | 120 Ottawa Ave NW, Suite 400 & 500, Grand Rapids, MI 49503 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No.

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

☐ No.
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | See SOFA 4 | | |
| | Name | | |
| | _____ | | |
| | Street | | |
| | City      State      ZIP Code | | |
| | **Relationship to debtor** | | |
| | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No.
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Tommy's Holding Company, LLC | EIN: 84-3392662 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.
☐ Yes. Identify below.

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    ___07/22/2024___
                MM / DD / YYYY

/s/ Matthew Allen Borisch          Printed name  Matthew Allen Borisch
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No
☐ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

### PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

**Tommy's Fort Worth, LLC**
**Case No. 24-90000**
**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Insider's Name | Address | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 5/25/2023 | $ 40,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 5/26/2023 | $ 30,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 5/31/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/1/2023 | $ 150,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/8/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/16/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/20/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/21/2023 | $ 56,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/21/2023 | $ 200,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/23/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/27/2023 | $ 500,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/28/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 6/30/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/6/2023 | $ 300,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/11/2023 | $ 150,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/11/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/12/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/18/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/19/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/20/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/20/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/21/2023 | $ 80,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/21/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/25/2023 | $ 200,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/31/2023 | $ 365,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 7/31/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/1/2023 | $ 82,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/1/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/3/2023 | $ 7,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/4/2023 | $ 29,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/7/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/8/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |

**Tommy's Fort Worth, LLC**
**Case No. 24-90000**
**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Insider's Name | Address | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/9/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/14/2023 | $ 5,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/21/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/22/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 8/28/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 9/14/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 9/20/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 9/22/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 9/27/2023 | $ 20,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/2/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/4/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/9/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/11/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/12/2023 | $ 8,400.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/17/2023 | $ 35,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/27/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 10/30/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/1/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/9/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/10/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/13/2023 | $ 50,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/17/2023 | $ 9,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/17/2023 | $ 15,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 11/30/2023 | $ 21,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 12/4/2023 | $ 2,900.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 12/5/2023 | $ 1,900.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 12/20/2023 | $ 63,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 4/9/2024 | $ 13,000.00 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| MKB Holdings LLC | 120 Ottawa Ave NW Grand Rapids MI 49503 | 4/30/2024 | $ 642.71 | Expenses paid on behalf of the debtor | Non-Debtor Entity with Same Ownership |
| **MKB Holdings LLC  Total** | | | **$ 4,133,842.71** | | |
| **Grand Total** | | | **$ 4,133,842.71** | | |