## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

Matthew Borisch,

      Appellant,

v.

M&T Bank,

      Appellee.

Case No. 24-CV-00730-O
Hon. Reed C. O'Connor

---

### STIPULATION OF DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8023(a), Appellant Matthew Borisch and the other parties identified in the appeal, specifically, M&T Bank, the Chapter 11 Trustee and the Unsecured Creditor's Committee, stipulate to dismissal of this appeal without costs to any party.

August 5, 2024

MCDONALD SANDERS, P.C.

By: /s/ Russell A. Devenport
Russel A. Devenport (SBN 24007109)
H. Dustin Fillmore IV (SBN 24105858)
777 Main Street, Suite 2700
Fort Worth, Texas 76102
Telephone: (817) 336-8651
Email: rad@mcdonaldlaw.com
Email: hdf@mcdonaldlaw.com

ATTORNEYS FOR
MATTHEW BORISCH

[Stipulation signatures continue on the next page.]

4861-0961-1989_3

NORTON ROSE FULBRIGHT US LLP


/s/ Toby L. Gerber
Toby L. Gerber
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214-855-7171
Email: toby.gerber@nortonrosefulbright.com
Attorneys for M&T Bank


GRAY REED


/s/ Aaron Kaufman
Aaron Kaufman
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone: 469-320-6050
Email: akaufman@grayreed.com
Attorneys for Mark Andrews, Chapter 11 Trustee


REED SMITH


/s/ Keith Aurzada
Keith Aurzada
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469-680-4200
Email: kaurzada@reedsmith.com
Attorneys for Unsecured Creditors' Committee

4861-0961-1989_3