IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>TOMMY'S FORT WORTH, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90000-11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 12, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Hearing [Docket No. 373]**

Dated: August 13, 2024

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *Official Unsecured Creditors' Committee | ACME Marine | Attn: Brian Wierenga<br>3501 Fruitridge Ave, Ste A<br>Walker, MI 49544 | bwierenga@acmemarine.com | Email |
| *NOA - Counsel to Force Ten Partners LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Sarah Link Schultz<br>Attn: Marty L. Brimmage, Jr.<br>2300 N. Field St, Ste 1800<br>Dallas, TX 75201 | sschultz@akingump.com<br>mbrimmage@akingump.com | Email |
| *NOA - AmeriCredit Financial Services, Inc. dba GM Financial | AmeriCredit Financial Services, Inc. | dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Customer.service.bk@gmfinancial.com | Email |
| 30 Largest | Amg Operations LLC | 3501 Fruitridge Ave NW, Ste A<br>Walker, MI 49544 | ar@acmemarine.com | Email |
| 30 Largest | Asd Concrete LLC | 1527 Hwy 114, Ste 500<br>Grapevine, TX 76051 | | First Class Mail |
| 30 Largest | Avalon & Tahoe Mfg, Inc | 903 Michigan Ave<br>Alma, MI 48801 | tiffany@avalonpontoons.com | Email |
| 30 Largest | Barefoot International, LLC | L - 4131<br>Columbus, OH 43260 | ARKWSAOBI@KENTWATERSPORTS.COM | Email |
| Counsel to Mr Beane | Barry D Kleban | | bkleban@mdmc-law.com | Email |
| 30 Largest | Boulder Boats | 11500 S Eastern Ave, Ste 210<br>Henderson, NV 89052 | | First Class Mail |
| Counsel re Litigation | Brendan G Best, Esq | | bgbest@varnumlaw.com | Email |
| *NOA - Counsel for Store Master Funding XVIII, LLC | Buchalter, PC | Attn: Khaled Tarazi<br>15279 N Scottsdale Rd, Ste 400<br>Scottsdale, AZ 85254-2659 | ktarazi@buchalter.com | Email |
| 30 Largest | California Dept of Tax & Fee Administration | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| Counsel to M&T Bank | Christine L Barba, Esq | | barbac@ballardspahr.com | Email |
| *NOA - Counsel for City of Fort Worth | City of Fort Worth | Attn: Stephen A Cumbie<br>100 Ft Worth Trl<br>Fort Worth, TX 76102 | Stephen.Cumbie@fortworthtexas.gov | Email |
| 30 Largest | City of Wheat Ridge | Tax Division<br>P.O. Box 912758<br>Denver, CO 80291 | | First Class Mail |
| 30 Largest | Colorado Dept of Revenue | P.O. Box 912758<br>Denver, CO 80291 | | First Class Mail |
| *NOA - Counsel for Malibu Boats | Cooley LLP | Attn: Daniel Shamah<br>55 Hudson Yards<br>New York, NY 10001 | dshamah@cooley.com | Email |
| *NOA - Counsel for Store Master Funding XVIII, LLC | Curtis Law PC | Attn: Stephanie Curtis<br>Attn: Ivan Turingan<br>Attn: Dewey Day IV<br>901 Main St, Ste 6515<br>Dallas, TX 75202 | scurtis@curtislaw.net<br>ituringan@curtislaw.net<br>dday@curtislaw.net | Email |
| 30 Largest | Cvar (Waterski America) | 413 Stonecrest<br>Argyle, TX 76226 | timccvar@gmail.com | Email |
| 30 Largest | Dave Melendy | Address Redacted | Email Addres Redacted | Email |
| 30 Largest | David Hawkesworth | 7304 Mcconnell Dr<br>Kernersville, NC 27284 | | First Class Mail |
| 30 Largest | David M Tisdale & Co | 5657 W Maple Rd<br>W Bloomfield, MI 48322 | dtiz@aol.com | Email |
| 30 Largest | First Insurance Funding | 450 Skokie Blvd<br>Northbrook, IL 60062 | firstinsite@firstinsurancefunding.com | Email |
| Request for Notice | Force 10 Partners | Attn: Monica Blacker<br>100 Crescent Ct, 7th Fl<br>Dallas, TX 75201 | mblacker@force10partners.com | Email |
| *NOA - Counsel for WSA Holdings, LLC | Forshey & Prostok, LLP | Attn: J. Robert Forshey<br>777 Main St, Ste 1550<br>Fort Worth, TX 76102 | bforshey@forsheyprostok.com | Email |
| *NOA - Counsel for WSA Holdings, LLC | Forshey & Prostok, LLP | Attn: Emily Chou<br>777 Main St, Ste 1550<br>Fort Worth, TX 76102 | echou@forsheyprostok.com | Email |
| 30 Largest | Glaspro, Inc | dba Zap & Phase 5<br>Venice, FL 34292 | SALES@GLASPROINC.COM | Email |
| *NOA - Proposed Counsel to Mark E. Andrews, Chapter 11 Trustee | Gray Reed | Attn: Aaron Kaufman/Lydia Webb<br>Attn: Emily Shanks<br>1601 Elm St, Ste 4600<br>Dallas, TX 75201 | akaufman@grayreed.com<br>lwebb@grayreed.com<br>eshanks@grayreed.com | Email |
| *NOA - Wells Fargo Bank, N.A. | GRT Bankruptcy Administration | Wells Fargo Trade Capital Services, Inc.<br>PO Box 13708<br>Macon, GA 31208-3708 | Christine.R.Etheridge@Wellsfargo.com<br>Jennifer.Presnall-Harpe@Wellsfargo.com | Email |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *Official Unsecured Creditors' Committee | Kent Water Sports Holdings, LLC | Attn: Brandon Plaster<br>7926 Bracken Pl, SE<br>Snoqualmie, WA 98065 | bplater@kentoutdoors.com | Email |
| 30 Largest | Key Bank | 11501 Outlook St, Ste 300<br>Overland Park, KS 66211 | scrawford@storecapital.com | Email |
| 30 Largest | Larsons Marine | 4340 Rivera Dr<br>Stockton, CA 95204 | | First Class Mail |
| *NOA - Counsel for Tarrant County & Lewisville ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N Stemmons Freeway<br>Ste 1000<br>Dallas, TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| 30 Largest | M&T Bank | 345 Main St<br>Buffalo, NY 14203 | smitzner@mtb.com | Email |
| 30 Largest | Marine Outfitters | Attn: Shannon Mcphail<br>280 Country Rd 35<br>Athens, TN 37303 | shanmcph1969@gmail.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for The County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| 30 Largest | Mercantile Bank | 310 Leonard St NW<br>Grand Rapids, MI 49504 | jkarl@mercbank.com | Email |
| 30 Largest | Michigan Treasury | P.O. Box 30324<br>Lansing, MI 48909 | | First Class Mail |
| 30 Largest | Moses Powersports | 7981 Hampton Cove Dr<br>Ooltewah, TN 37363 | CWFinch@firsthorizon.com | Email |
| *NOA - Counsel for TCO Golden LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin Lippman<br>500 N Akard St, Ste 4000<br>Dallas, TX 75201-6659 | klippman@munsch.com | Email |
| 30 Largest | Nevada Tax Center | 700 E Warm Springs<br>Las Vegas, NV 89119 | | First Class Mail |
| *NOA - Counsel to Counsel for M&T Bank | Norton Rose Fulbright US LLP | Attn: Toby Gerber<br>Attn: Michael Berthiaume<br>2200 Ross Ave, Ste 3600<br>Dallas, TX 75201 | toby.gerber@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com | Email |
| *NOA - Counsel to Counsel for M&T Bank | Norton Rose Fulbright US LLP | Attn: Jason Boland<br>1301 McKinney St, Ste 5100<br>Houston, TX 77010 | jason.boland@nortonrosefulbright.com | Email |
| Attorny General | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| 30 Largest | Orion Construction | 32 Market Ave SW<br>Grand Rapids, MI 49503 | jsmigielski@orionbuilt.com | Email |
| 30 Largest | Protective Asset Protection | P.O. Box 830634<br>Birmingham, AL 35283-0634 | contractprocessing@protective.com | Email |
| Receiver | Receiver | | tjbeane@beaneassociates.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Brian Mitchell/Keith Aurzada<br>Attn: Taylre Janak/Dylan Ross<br>2850 N Harwood St, Ste 1500<br>Dallas, TX 75201 | bmitchell@reedsmith.com;<br>kaurzada@reedsmith.com;<br>tjanak@reedsmith.com;<br>dylan.ross@reedsmith.com | Email |
| *Official Unsecured Creditors' Committee | Square One Distribution | Attn: Brian Gardner<br>35214 SE Cntr, St<br>Snoqualmie, WA 98065 | brian@squareoneco.com | Email |
| 30 Largest | Square One Distribution, Inc | 35214 Se Center St<br>Snoqualmie, WA 98065 | kerley@squareoneco.com | Email |
| 30 Largest | State of Arizona | Dept of Revenue<br>1600 W Monroe<br>Phoenix, AZ 85007 | | First Class Mail |
| Counsel re Litigation | Steven A Roach, Esq | | roach@millercanfield.com | Email |
| *Official Unsecured Creditors' Committee | Store Capital | Attn: Lyena Hale<br>8377 E Hartford Dr, Ste 100<br>Scottsdale, AZ 85255 | lhale@storecapital.com | Email |
| 30 Largest | Summit Real Estate Holdings | 5657 W Maple Rd<br>W Bloomfield, MI 48322 | dtiz@aol.com | Email |
| 30 Largest | Tennessee Dept of Revenue | 500 Deaderick St<br>Nashville, TN 37242 | | First Class Mail |
| *NOA - Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Jamie Kirk/Sherri Simpson<br>Bankruptcy & Collections Division<br>12221 Merit Dr, Ste 825<br>Dallas, TX 75251 | jamie.kirk@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| *NOA - Counsel for Malibu Boats | Thompson Coburn LLP | Attn: Katharine Clark<br>Attn: Alexandra Rossetti<br>2100 Ross Ave, Ste 3200<br>Dallas, TX 75201 | kclark@thompsoncoburn.com<br>arossetti@thompsoncoburn.com | Email |
| *NOA - Counsel for Malibu Boats | Thompson Coburn LLP | Attn: Joshua Divack<br>Attn: Stephen Grable<br>488 Madison Ave<br>New York, NY 10022 | jdivack@thompsoncoburn.com<br>sgrable@thompsoncoburn.com | Email |
| NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| 30 Largest | Troy Hawkins | 7304 Mcconnell Dr<br>Kernersville, NC 27284 | ethawkins@yahoo.com | Email |
| US Trustee | US Trustee | 1100 Commerce St, Ste 976<br>Dallas, TX 75242 | erin.schmidt2@usdoj.gov | Email |
| *NOA - Attorney for AmeriCredit Financial Services, Inc. d/b/a GM Financial | Wilcox Law, PLLC | Attn: Stephen G. Wilcox<br>P.O. Box 201849<br>Arlington, TX 76006 | swilcox@wilcoxlaw.net | Email |

TOMMY'S FORT WORTH, LLC, et al., (Case No. 24-90000)

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| East Otter LLC | Attn: Christopher Skrobeck | P.O. Box 622 | Petoskey, MI 49770 | | christopher@vantreesemanagement.com | Email / First Class Mail |
| Kilwins Quality Confections, LLC | c/o Brendan Best | Varnum, LLP | 480 Pierce St. Suite 300 | Birmingham, MI 48009 | bgbest@varnumlaw.com | Email / First Class Mail |
| McCafferty C & S LLC | Attn: John McCafferty | 9315 Bailey Road | East Jordan, MI 49727 | | jmconstruction2606@gmail.com | Email / First Class Mail |
| Payett Holdings, LLC | Attn: Christopher Skrobeck | P.O. Box 622 | Petoskey, MI 49770 | | christopher@vantreesemanagement.com | Email / First Class Mail |
| Russ Saputo | Attn: Russ Saputo | 8561 Ferry Rd | East Jordan, MI 49727 | | Rjs0055@aol.com | Email / First Class Mail |
| Store Master Funding XVIII, LLC | c/o Kahled Tarazi | Buchalter | 15279 N. Scottsdale Road, Suite 300 | Scottsdale, AZ 85254 | ktarazi@buchalter.com | Email / First Class Mail |
| Walloon Premier Storage | Attn: Hunter Carlile | 2797 US 131N | Walloon Lake, MI 49796 | | ahcarlile@outlook.com | Email / First Class Mail |
| Walloon Lake Holdings, LLC | Attn: Jonathan Borisch | 146 Monroe Center NW, | Suite 300 | Grand Rapids, MI 49503 | | First Class Mail |

TOMMY'S FORT WORTH, LLC, et al., (Case No. 24-90000)