BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Tommy's Fort Worth, LLC | [367] Emergency Motion for Entry of an Order (I) Authorizing the Sale of Walloon Lake Inventory and Associated Equipment, Free and Clear of All Liens, Claims, and Encumbrances, (II) Rejecting Certain Leases, and (III) Granting Related Relief | Case # 24–90000–elm11 |

**DEBTOR**

**TYPE OF HEARING**

Mark Andrews,
Chapter 11 Trustee

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

Aaron Kaufman

**ATTORNEY**

**ATTORNEY**

## EXHIBITS

TRUSTEE'S EXH 1– 4 attached at Dkt [407] (175 pgs; 5 docs) Witness and Exhibit List for Emergency Hearing Scheduled on August 27, 2024 filed by Trustee Mark E. Andrews

| | | |
|---|---|---|
| Shelley Warren | 8/27/2024 | Edward L. Morris |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |