BTXN 104a (rev. 09/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

§          Chapter 11
§
§          Case No.:
§
§
§
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name: _____
       *Last*                    *First*                   *MI*

2.  Firm Name: _____

3.  Address: _____

    _____

    _____

4.  Phone: _____ FAX: _____

    Email: _____

5.  Name used to sign *all* pleadings: _____

6.  Retained by: _____

7.  Admitted on _____ and presently a member in good standing

    of the bar of the highest court of the state of _____

    and issued the bar license number of _____ .

8.  Admitted to practice before the following courts:

    *Court:*                                      *Admission Date:*

    _____          _____

    _____          _____

    _____          _____

*Continued.*

9.     Are you presently a member in good standing of the bars of the courts listed above?

    Yes    No

If "No," please list all courts which you are no longer admitted to practice:

10.    Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    Yes    No

If "Yes," please provide details:

11.    Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    Yes    No

If "Yes," please provide details:

12.    Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

*Date of Application*        *Case No. and Style*

_____

_____

_____

13.    Local counsel of record: _____

14.    Local counsel's address: _____

_____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


_____          _____

Printed Name of Applicant                              Date



*Wyatt Shirley*
_____
Signature of Applicant