Jason S. Brookner (Texas Bar No. 24033684)
Aaron M. Kaufman (Texas Bar No. 24060067)
Lydia R. Webb (Texas Bar No. 24083758)
Emily F. Shanks (Texas Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:    jbrookner@grayreed.com
          akaufman@grayreed.com
          lwebb@grayreed.com
          eshanks@grayreed.com

*Counsel to Mark E. Andrews,*
*Chapter 11 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| TOMMY'S FORT WORTH, LLC., *et al.*,[1] | § § § | Case No. 24-90000 (ELM) |
| Debtors. | § § § | (Jointly Administered) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Chapter 11 Trustee's *Emergency Motion for Entry of an Order (I) Authorizing the Trustee to Enter into Wind-Down Consulting Agreement, Effective as of October 7, 2024, and (II) Granting Related Relief* [Docket No. 481] will take place via hybrid setting on **Thursday, October 10, 2024 at 1:30 p.m. (prevailing Central Time)**,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tommy's Fort Worth, LLC (3473); Tommy's Holding Company, LLC (2662); Tommy's Grand Rapids, LLC (9224); Tommy's Castaic, LLC (7501); Tommy's Lewisville, LLC (4750); High Country Watersports, LLC (6160); Walloon Lake Village Marina, LLC (0277); MKB Florida Holdings, LLC (5698); Tommy's Detroit, LLC (5242); Tommy's California Fresno, LLC (8597); Tommy's Phoenix, LLC (3036); Tommy's Las Vegas, LLC (7721); Tommy's Chattanooga, LLC (0839); Tommy's California Ventura, LLC (5149); Tommy's Rancho Cordova, LLC (1070); Tommy's Stockton, LLC (1338); and Tommy's Knoxville, LLC (8052).

before the Honorable Edward Lee Morris, U.S. Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 204, U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order 2023-05, the hearing will be conducted in a hybrid mode and can be attended in person at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, TX, 76102 or can be accessed remotely by video or telephone via the Court's WebEx platform. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris
Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Access Code: 2309 445 3213

**PLEASE TAKE FURTHER NOTICE** that any parties who will be offering evidence or participating in examination must attend in a videoconference mode (as opposed to a telephonic conference mode). For those who do not intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to actively participate in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode (i.e., they may elect to participate solely in a WebEx telephonic mode). All other counsel and interested parties may attend in either a videoconference or telephonic conference mode.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with Judge Morris's WebEx Hearing Instructions: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0.

4874-8071-9340

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-2.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings and related documents are available at the Debtors' case website, https://cases.omniagentsolutions.com/home?clientId=3705.

Respectfully submitted this 4th day of October, 2024.

                **GRAY REED**

By:  */s/ Aaron M. Kaufman*
Jason S. Brookner
Texas Bar No. 24033684
Aaron M. Kaufman
Texas Bar No. 24060067
Lydia R. Webb
Texas Bar No. 24083758
Emily F. Shanks
Texas Bar No. 24110350
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:    (469) 320-6050
Facsimile:    (469) 320-6886
Email:    jbrookner@grayreed.com
    akaufman@grayreed.com
    lwebb@grayreed.com
    eshanks@grayreed.com

*Counsel to Mark E. Andrews,
Chapter 11 Trustee*

### Certificate of Service

I certify that on October 4, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

            */s/ Aaron M. Kaufman*
            Aaron M. Kaufman